1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 FAX

5  Attorneys for RICHARDO LANDECHO

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,            CASE NO. 11-CR-00561-EJD

12         Plaintiff,                   STIPULATION AND (PROPOSED)
                                        ORDER  CONTINUING HEARING
13                                      FROM OCTOBER 15,2012 TO
                                        NOVEMBER 5 ,2012
14 RICARDO LANDENCHO,

15         Defendant.

16
        The defendant, Ricardo Landencho, is currently scheduled for a status
17
   hearing on October 15 , 2012.  For the purposes of conducting a psychological
18
   evaluation, his counsel is requesting a continuance of that hearing until
19
   November 5, 2012, at 1:30 p.m. The defendant, through his counsel, Robert
20
   E. Carey Jr., hereby also requests that the time from October 15, 2012 through
21
   November 5, 2012, be excluded under the provisions of the Speedy Trial Act,
22
   in that the ends of justice are served by granting this continuance, and far
23
   outweigh the best interests of the Public and the Defendant in a speedy trial,
24
   under the provisions of 18 U.S.C. § 3161 (h)(7)(A).  The Assistant United
25
   States Attorney, Thomas M. O'Connell, in charge of this case has no objection
26
   to this request for a continuance, nor to the exclusion of time in this matter.
27

28

                                        1
                  STIPULATION AND PROPOSED ORDER CONTINUING HEARING

1 Dated:  Respectfully submitted,

2 CAREY & CAREY

3 /s/

4 ROBERT E. CAREY, JR. Attorneys for

5 Defendant, RICHARD LANDENCHO

8 ~~PROPOSED~~ ORDER

Good cause appearing therefore, and upon request of the Defendant Ricardo Landencho, and no objection having been made by the Assistant United States Attorney, Thomas M. O'Connell, it is hereby ordered that the hearing set for October 15, 2012, be and is hereby continued until November 5, 2012, at the hour of 1:30 p.m.  It is also ordered that pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A), that the ends of justice are best served by such a continuance and outweigh the best interests of the Public and Defendant in a speedy trial.

/ / /

IT IS SO ORDERED.

DATED: 10/11/2012

HON. EDWARD J. DAVILA
JUDGE OF THE U.S. DISTRICT COURT