1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 FAX

5  Attorneys for RICHARDO LANDECHO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 11-CR-00561-EJD |
|---|---|
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER  CONTINUING HEARING FROM NOVEMBER 5,2012 TO DECEMBER 3 ,2012 |
| RICARDO LANDENCHO, | |
| Defendant. | |

  The defendant, Ricardo Landencho, is currently scheduled for a status hearing on November 5 , 2012 at 1:30 p.m.  Since the psychologist has not concluded Mr. Landencho's psychological evaluation, his counsel is requesting a continuance of that hearing until December 3, 2012, at 1:30 p.m. The defendant, through his counsel, Robert E. Carey Jr., hereby also requests that the time from November 5, 2012 through December 3, 2012, be excluded under the provisions of the Speedy Trial Act, in that the ends of justice are served by granting this continuance, and far outweigh the best interests of the Public and the Defendant in a speedy trial, under the provisions of 18 U.S.C. § 3161 (h)(7)(A).  The Assistant United States Attorney, Thomas M. O'Connell, who is in charge of this case has no objection to this request for a continuance, nor to the exclusion of time in this matter.

1  Dated:                                    Respectfully submitted,

2                                            CAREY & CAREY

3                                            _____/s/_____

4                                            ROBERT E. CAREY, JR. Attorneys for

5                                            Defendant, RICHARD LANDENCHO

6

7

8                              ~~PROPOSED~~ ORDER

9      Good cause appearing therefore, and upon request of the Defendant
10 Ricardo Landencho, and no objection having been made by the Assistant United
11 States Attorney, Thomas M. O'Connell, it is hereby ordered that the hearing set
12 for November 5, 2012, be and is hereby continued until December 3, 2012, at
13 the hour of 1:30 p.m.  It is also ordered that pursuant to the provisions of the
14 Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A), that the ends of justice are best
15 served by such a continuance and outweigh the best interests of the Public and
16 Defendant in a speedy trial.

17 / / /

18 IT IS SO ORDERED.

19

20 DATED:  11/2/2012                         _____
                                              HON. EDWARD J. DAVILA
21                                            JUDGE OF THE U.S. DISTRICT COURT

22

23

24

25

26

27

28