1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 FAX

5  Attorneys for RICHARDO LANDECHO

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | CASE NO. 11-CR-00561-EJD |
| 12          Plaintiff, | [proposed] ORDER GRANTING DEF. RICARDO LANDENCHO'S EX PARTE APPLICATION FOR ORDER RE ACCESS TO MP300 PLAYER IN THE SANTA CLARA COUNTY MEN'SJAIL FOR DISCOVERY REVIEW |
| 13 RICARDO LANDENCHO, | |
| 14 a.k.a. RICARDO LANDECHO | |
| 15          Defendant. | |

Pursuant to Defendant, Ricardo Landecho's ex parte application and good cause appearing herein, it is hereby ordered that the application is granted and that the Santa Clara County Men's Jail shall provide inmate Ricardo Landecho with access to an MP300 player supplied by Mr. Landecho's attorney, Robert E. Carey, Jr.  Said MP300 player shall have audio and video playing capability and shall be loaded with only audio and video recordings in this case.  Mr. Landecho shall only use the MP300 player in accordance with the relevant regulations of the Santa Clara County Main Jail.

IT IS SO ORDERED.

DATED: 11/20/2012                    _____
                                     HON. EDWARD J. DAVILA
                                     JUDGE OF THE U.S. DISTRICT COURT

1
EX PARTE APPLICATION FOR MP300 PLAYER