1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 FAX

5  Attorneys for RICHARDO LANDECHO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 11-CR-00561-EJD |
|---|---|
| Plaintiff, | STIPULATION AND (~~PROPOSED~~) ORDER CONTINUING JUDGEMENT AND SENTENCING DATE AND [proposed] ORDER THEREON |
| RICARDO LANDECHO, | |
| Defendant. | |

ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL, ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for Defendant RICARDO LANDECHO, that the date set for judgment and sentence which is currently set for February 25, 2013 at 1:30 p.m., be continued to March 25, 2013, at 1:30 p.m. so that the matter may be fully prepared for the probation department.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

In this regard, defense counsel has contacted the probation officer, Mr. Benjamin Flores, and advised him of this request.

IT IS SO STIPULATED.

DATED:  February 13, 2013          CAREY & CAREY

                                   _____/S/_____
                                   ROBERT E. CAREY, JR. Attorneys for
                                   Defendant RICARDO LANDECHO

DATED: February 13, 2013           UNITED STATES OF AMERICA

                                   _____/s/_____
                                   THOMAS M. O'CONNELL,
                                   Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the judgment and sentencing of Mr. LANDECHO currently set for February 25, 2013 at 1:30 p.m., be continued to March 25, 2013, at 1:30 p.m.

IT IS SO ORDERED.

DATED: 2/15/2013                   _____
                                   HON. EDWARD J. DAVILA
                                   JUDGE OF THE U.S. DISTRICT COURT