1   ROBERT E. CAREY, JR., ESQ. (SBN 47556)
    CAREY & CAREY
2   706 COWPER STREET
    P.O. BOX 1040
3   PALO ALTO, CA  94302-1040
    650/328-5510
4   650/853-3632 FAX

5   Attorneys for RICHARDO LANDECHO

6

7

8                   UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11   UNITED STATES OF AMERICA,          CASE NO. 11-CR-00561-EJD

12              Plaintiff,              STIPULATION AND (PROPOSED)
                                        ORDER  CONTINUING JUDGEMENT
13                                      AND SENTENCING DATE AND
                                        [proposed] ORDER THEREON
14   RICARDO LANDECHO,

15              Defendant.

16

17         ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL,

18   ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY,

19   JR., counsel for Defendant RICARDO LANDECHO, that the date set for judgment

20   and sentence which is currently set for March 25, 2013 at 1:30 p.m., be

21   continued to April 8, 2013, at 1:30 p.m. because of the unavailability of Mr.

22   Carey who must be in another court.

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    In this regard, defense counsel has contacted the probation officer, Mr.

2  Benjamin Flores, and advised him of this request.  He, like Mr. O'Connell, has

3  no objection to this request.

4

5    IT IS SO STIPULATED.

6

7  DATED:  March 21, 2013                CAREY & CAREY

8

9                                        _____/S/_____
                                         ROBERT E. CAREY, JR. Attorneys for
10                                       Defendant RICARDO LANDECHO

11

12 DATED: March 21, 2013                 UNITED STATES OF AMERICA

13

14                                       _____/s/_____
                                         THOMAS M. O'CONNELL,
15                                       Assistant U.S. Attorney

16

17

18                                    ORDER

19    GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged,

20 and decreed, that the judgment and sentencing of Mr. LANDECHO currently set

21 for March 25, 2013 at 1:30 p.m., be continued to April 8, 2013, at 1:30 p.m.

22

23 IT IS SO ORDERED.

24

25 DATED:   3/22/2013                    _____
                                         HON. EDWARD J. DAVILA
26                                       JUDGE OF THE U.S. DISTRICT COURT

27

28